IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEANDREW DAUGHTRY, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 08-00215-KD-C |
| SHERIFF BOBBY MOORE, | : |
| Defendant. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint be and is hereby DISMISSED without prejudice.

DONE this 24th day of April 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**